■ MARVIN T. HUBBARD, Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Appeal No. 1.) — Judgment unanimously affirmed, with costs to claimant, for the reasons stated at Court of Claims and same memorandum as in *Loucks v State of New York* (83 AD2d 761). (Appeals from judgment of Court of Claims, Moriarty, J. — appropriation.) Present — Dillon, P. J., Simons, Hancock, Jr., Moule and Schnepp, JJ.

■ MARVIN T. HUBBARD, Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Appeal No. 2.) — Judgment unanimously affirmed for the reasons stated at Court of Claims and same memorandum as in *Loucks v State of New York* (83 AD2d 761). (Appeals from judgment of Court of Claims, Moriarty, J. — appropriation.) Present — Dillon, P. J., Simons, Hancock, Jr., Moule and Schnepp, JJ.